# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2026-0444

_____

BROOKS SMITH,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

March 16, 2026

PER CURIAM.

DENIED.

OSTERHAUS, C.J., and ROWE and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Cliff Wilson, Jr., Public Defender, and Sean Manson, Assistant Public Defender, Lake City, for Petitioner.

No appearance for Respondent.